**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

DALE CHRISTOPHER DANIELS, JR.,

    Plaintiff,

v.                                             CASE NO. 4:13cv413-RH/CAS

ANTHONY GERALDI et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 8 and the objections, ECF No. 9. I have reviewed *de novo* the issues raised by the objections.

The report and recommendation is correct and is adopted as the court's opinion with this additional note. The plaintiff complains about actions in an ongoing state-court criminal prosecution. The forum for presenting those complaints, at least in this first instance, is the state court. If the plaintiff ultimately is convicted, he may seek appropriate federal review by a petition for a writ of certiorari in the Supreme Court or, after exhausting state remedies, by a

petition for a writ of habeas corpus in this court. But the plaintiff cannot obtain federal review now, absent factual allegations far different from those the plaintiff has made to this point.

IT IS ORDERED:

The report and recommendation is ACCEPTED. The clerk must enter judgment stating, "The complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)." The clerk must close the file.

SO ORDERED on October 23, 2013.

           s/Robert L. Hinkle
           United States District Judge