**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

DALE CHRISTOPHER DANIELS, JR.,

      Plaintiff,

v.                                        CASE NO.  4:13cv413-RH/CAS

ANTHONY GERALDI et al.,

      Defendants.

_____/


**ORDER DENYING THE MOTION TO RECUSE
AND PETITION FOR A WRIT OF PROHIBITION**


A judgment was entered dismissing this case on October 23, 2013.  The plaintiff's timely motion to alter or amend the judgment was denied by order entered November 8, 2013.  The plaintiff filed a notice of appeal.

The plaintiff now has filed a motion to recuse and petition for a writ of prohibition.  For the reasons set out in the order dismissing the case, the plaintiff is not entitled to relief.  The plaintiff may pursue his appeal, but no relief will be granted in this court.  Accordingly,

IT IS ORDERED:

The plaintiff's petition for writ of prohibition, ECF No. 24, and motion to

recuse, ECF No. 25, are DENIED.

SO ORDERED on February 3, 2014.

s/Robert L. Hinkle
United States District Judge