IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DALE CHRISTOPHER DANIELS, JR.,

    Plaintiff,

v.                                    CASE NO. 4:13cv413-RH/CAS

ANTHONY GERALDI et al.,

    Defendants.

_____/

## ORDER DENYING THE MOTION TO COMPEL DISCOVERY AND MOTION FOR SPEEDY TRIAL DISCHARGE

The plaintiff is the defendant in an ongoing state prosecution. By his complaint in this court, the plaintiff sought relief against the ongoing state prosecution. He is not entitled to such relief. This federal case was dismissed on October 23, 2013—more than four months ago—by an order that explained:

> The plaintiff complains about actions in an ongoing state-court criminal prosecution. The forum for presenting those complaints, at least in this first instance, is the state court. If the plaintiff ultimately is convicted, he may seek appropriate federal review by a petition for a writ of certiorari in the Supreme Court or, after exhausting state remedies, by a petition for a writ of habeas corpus in this court. But the plaintiff cannot obtain federal review now, absent factual allegations far different from those the plaintiff has made to this point.

Case No. 4:13cv413-RH/CAS

Order of Dismissal, ECF No. 10.

The plaintiff has appealed. He also has continued to seek relief in this court. But this case has been dismissed. No relief will be granted to the plaintiff in this court. The plaintiff should stop filing papers here.

For these reasons,

IT IS ORDERED:

The plaintiff's motion to compel discovery, ECF No. 29, and motion for speedy trial discharge, ECF No. 30, are DENIED.

SO ORDERED on March 1, 2014.

                          s/Robert L. Hinkle
                          United States District Judge